IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

NOAH K. LUNING,                     )      26-CV-00149-HG-RT
                                    )
          Plaintiff,                )
                                    )
     vs.                            )
                                    )
HAWAII DEPARTMENT OF                )
EDUCATION,                          )
                                    )
          Defendant.                )
_____   )

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 6)

     The Findings and Recommendation having been filed and served on all parties on April 30, 2026, and no objections having been filed by any party,

     IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Deny Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 6) is adopted as the opinion and order of this Court.

     Plaintiff may file a new Application to Proceed in District Court Without Prepaying Fees or Costs on or before **Friday, June 19, 2026.**

     Failure to file a new Application to Proceed Without

//

//

Prepayment of Costs on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, May 19, 2026.

Helen Gillmor
United States District Judge

**Luning v. Hawaii Department of Education**; 26-cv-00149-HG-RT; Order Adopting Findings and Recommendation to Deny Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 6).